ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: michael.nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 15 2019

at____o'clock and____min.___M
SUE BEITIA, CLERK

SEALED
BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 19 - 00105 SOM |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. § 152(1)] |
| | ) | |
| LIANE WILSON, (01) | ) | |
| aka Liana Shanti, | ) | |
| ROBERT BEARD, (02) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

INDICTMENT

The Grand Jury charges:

Concealment of Bankruptcy Assets
(18 U.S.C. § 152(1))

From on or about and between May 17, 2011, and August 20, 2014, both dates being approximate and inclusive, within the District of Hawaii, LIANE WILSON and ROBERT BEARD, the defendants, did knowingly and fraudulently conceal property belonging to the bankruptcy estate in *In re Liane N. Wilson*, case number 11-01392, in the U.S. Bankruptcy Court for the District of Hawaii, namely cashier's checks from the sale of a diamond ring, a long-term disability insurance policy and a claim made on the long-term disability policy, and business assets of Rawganic Vegan, from the trustee charged with control of the debtor's property and from the creditors and the United States Trustee.

All in violation of Title 18, United States Code, Section 152(1).

FORFEITURE NOTICE

1.  The allegations contained in all paragraphs of this Indictment are hereby realleged and incorporated by reference for the purpose of noticing forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2.  The United States hereby gives notice to the defendants that, upon conviction of the offense charged in this Indictment, the government will seek

2

forfeiture, in accordance with Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), of any and all property, real or personal, that constitutes or is derived from proceeds traceable to the violation of Title 18, United States Code, Section 152(1), alleged in this Indictment.

3.   If by any act or omission of the defendant, any of the property subject to forfeiture described in paragraph 2 herein:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be subdivided without difficulty,

//

//

//

//

//

//

//

3

the United States of America will be entitled to forfeiture of substitute property up

to the value of the property described above in paragraph 2, pursuant to Title 21,

United States Code, Section 853(p), as incorporated by Title 28, United States

Code, Section 2461(c).

DATED:   August 15, 2019, Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson, Grand Jury
Foreperson, Grand Jury

KENJI M. PRICE
United States Attorney

MICHAEL NAMMAR
Assistant United States Attorney

United States v. Liane Wilson, et al.
Indictment
Cr. No.      C R 19 - 00 1 0 5 SOM