AO 442 (Rev. 11/11) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 15 2019
at 1 o'clock and 19 min. P M
SUE BEITIA, CLERK JT

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 19-00105 SOM-01 |
| LIANE WILSON aka "Liana Shanti" | |

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST (01) LIANE WILSON aka "Liana Shanti" and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment, charging him or her with (brief description of offense)

Concealment of Bankruptcy Assets

• in violation of Title 18 United States Code, Section(s) 152(1)

| Date: | August 15, 2019 | Sue Beitia, Clerk of Court |
|---|---|---|
| | | Name and Title of Issuing Officer |
| | | /S/ Sue Beitia by deputy clerk ET |
| Location: | Honolulu, Hawaii | Prepared/Signed By: |

U.S. MARSHALS SERVICE
HONOLULU, HI
2019 AUG 20 AM 9:59
RECEIVED

By: Rom Trader, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received 8/15/19 | NAME AND TITLE OF ARRESTING OFFICER Megan Crawley — Special Agent | SIGNATURE OF ARRESTING OFFICER CM-S |
| Date of Arrest 11/14/19 | | |