FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 15 2019

at ___ o'clock and ___ min. ___ M *P*
SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER CR 19-105 SOM |
| | ) | |
| vs | ) | ABSTRACT OF RELEASE |
| | ) | |
| (i) Liane Wilson | ) | |
| | ) | |
| _____ | ) | |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of _____11-15-19_____ the Court entered the following order:

 **X**   Defendant to be released from custody forthwith

_____   Released to / continued on pretrial release

_____   Sentenced to time served

_____   Case Dismissed

_____   Released to / continued on supervised probation / unsupervised probation

_____   Released to / continued on supervised release

_____   Defendant to be released once bond conditions are met.  As conditions have been met

effective _____ , defendant to be released forthwith.

_____   Bench warrant recalled

_____   Other: _____

Sue Beitia, Clerk of Court

by: _____ Deputy Clerk