KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850-6100
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
E-Mail: Michael.Nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00105 SOM |
| | ) | |
| Plaintiff, | ) | FIRST STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL DATE AND |
| vs. | ) | EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| LIANE WILSON,   (01) | ) | |
| ROBERT BEARD,   (02) | ) | |
| | ) | Old Trial Date:   April 28, 2020 |
| Defendants. | ) | New Trial Date:   September 1, 2020 |
| | ) | |

FIRST STIPULATION AND ORDER CONTINUING TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

1

A. The United States of America and the Defendants, Liane Wilson and Robert Beard, through their respective attorneys, hereby agree and stipulate to continue the trial in this case and to exclude the time period from April 28, 2020 and the new trial date from computation under the Speedy Trial Act. The reason for the continuance is that defense needs more time to review discovery and to conduct their own investigation.

B. The parties further agree that the ends of justice served by the continuance outweigh the best interests of the Defendant and the public in a speedy trial, and [check all that apply, but per the statute 2 and 3 cannot both be checked]:

    1. The failure to grant such a continuance would be likely

       \_\_\_to make a continuation of such proceeding impossible

       _X_ to result in a miscarriage of justice.

    2. The case is so

       \_\_\_unusual

       \_\_\_complex

  due to

       \_\_\_the number of defendants

       \_\_\_the nature of the prosecution

       \_\_\_the existence of novel questions of fact or law

that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

    3.    The failure to grant the continuance would

        ___deny the defendant reasonable time to obtain counsel

        ___unreasonably deny the defendant continuity of counsel

        ___unreasonably deny the government continuity of counsel

        deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

        _X_ deny counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    4.    (Other factors considered)_____.

    C.    The parties further agree that the period of time from April 28, 2020 to and including September 1, 2020 constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).

DATED <u>     March 27, 2020     </u>, at Honolulu, Hawaii.

         KENJI M. PRICE
         United States Attorney
         District of Hawaii


        By <u>/s/ Rebecca Perlmutter for     </u>
         MICHAEL NAMMAR
         Assistant U.S. Attorney


        <u>/s/ Howard K.K. Luke               </u>
        HOWARD K.K. LUKE
        Attorney for Defendant
        LIANE WILSON


        <u>/s/ Rick Sing                             </u>
        RICK SING
        Attorney for Defendant
        ROBERT BEARD

ORDER CONTINUING TRIAL AND
EXCLUDING SPEEDY TRIAL ACT TIME

The above Stipulation Continuing Trial Date and Excluding Time Under the Speedy Trial Act is hereby approved, and the agreements set forth in paragraphs A, B, and C of the Stipulation are adopted as findings by the court.  For the reasons stated, IT IS HEREBY ORDERED:

(1) the jury selection and trial are set for September 1, 2020 at 9:00 a.m. before the Honorable U.S. District Judge Susan O. Mollway;

(2) the final pretrial conference is set for August 3, 2020 at 10:00 a.m. before the Honorable U.S Magistrate Judge Rom Trader;

(3) defense motions are due on July 20, 2020, and the government's responses are due on August 3, 2020.

IT IS FURTHER ORDERED that the period of time from April 28, 2020 to and including September 1, 2020, constitutes a period of delay which shall be

//

//

//

//

//

excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).

DATED March 27, 2020, at Honolulu, Hawaii.



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge

U.S. v. WILSON , et al.
CR. NO.19-00105 SOM
"FIRST STIPULATION AND ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT"