LAW OFFICE OF HOWARD K. K. LUKE
HOWARD K. K. LUKE  2049
DANIEL K. K. LUKE  10794
Davies Pacific Center
841 Bishop Street, Suite 410
Honolulu, Hawaii 96813
Telephone:  (808) 545-5000
Facsimile:  (808) 523-9137
Email:  howard@hkkluke.com

Attorneys for Defendant LIANE WILSON

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-00105 SOM |
| vs. | **STIPULATION; ORDER PERMITTING DEFENDANT LIANE WILSON TO TEMPORARILY LEAVE THE DISTRICT OF HAWAII** |
| LIANE WILSON,   (1)<br>ROBERT BEARD,   (2) | |
| Defendants. | Trial:  January 21, 2021 |
| | Judge:  The Honorable Kenneth J. Mansfield |

## STIPULATION

The United States of America ("Government") and Defendant LIANE

WILSON, by and through their respective attorneys (collectively, the "parties"),

hereby agree and stipulate to Defendant WILSON's request to leave the District of

Hawaii to travel to the State of California (Greater Los Angeles area) for a

necessary medical procedure for the period of time from August 9, 2020 to August

-1-

22, 2020.  The parties hereby agree to the following terms and conditions:

1.　　Defendant WILSON's travel shall be for the period of August 9, 2020 to August 22, 2020, and be limited to travel from the State of Hawaii to the State of California and back with no unreasonable or foreseeable deviations or delays,

2.　　The details of Defendant WILSON's travel, to include her specific location, itinerary, and booking/lodging plans shall be made available to the Court, U.S. Pretrial Services, or the Government immediately upon request, and

3.　　Defendant WILSON shall maintain contact with her attorney and U.S. Pretrial Services, and appear at any and all proceedings requiring her presence.

DATED:  Honolulu, Hawaii, July 17, 2020.

REVIEWED AND SO STIPULATED:

HOWARD K. K. LUKE
Attorney for Defendant WILSON

MICHAEL NAMMAR
Assistant U.S. Attorney

ERIK S. IVERSON
Pretrial Services Officer

## ORDER PERMITTING DEFENDANT LIANE WILSON
## <u>TO TEMPORARILY LEAVE THE DISTRICT OF HAWAII</u>

The above Stipulation is **HEREBY APPROVED**, and the agreements set forth therein are adopted as rulings by this Court.  Accordingly, Defendant LIANE WILSON shall be permitted to temporarily leave the District of Hawaii subject to the following terms and conditions:

1.      Defendant WILSON's travel shall be for the period of August 9, 2020 to August 22, 2020, and be limited to travel from the State of Hawaii to the State of California and back with no unreasonable or foreseeable deviations or delays,

2.      The details of Defendant WILSON's travel, to include her specific location, itinerary, and booking/lodging plans shall be made available to the Court, U.S. Pretrial Services, or the Government immediately upon request, and

3.      Defendant WILSON shall maintain contact with her attorney and U.S. Pretrial Services, and appear at any and all proceedings requiring her presence.

**SO ORDERED.**

DATED:  Honolulu, Hawaii, July 22, 2020.



Kenneth J. Mansfield
United States Magistrate Judge

*United States of America v. Wilson*, CR. No. 19-00105 SOM; Stipulation; Order Permitting Defendant Liane Wilson to Temporarily Leave the District of Hawaii