JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Michael.Nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  vs.<br><br>LIANE WILSON,  (01)<br>ROBERT BEARD,  (02)<br><br>           Defendants. | CR. NO. 19-00105 SOM<br><br>FOURTH STIPULATION AND ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Old Trial Date: May 25, 2021<br>New Trial Date: July 27, 2021 |

FOURTH STIPULATION AND ORDER CONTINUING TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

    A.  The United States of America and the Defendants, Liane Wilson and

Robert Beard, through their respective attorneys, hereby agree and stipulate to

continue the trial in this case and to exclude the time period from May 25, 2021 and the new trial date of July 27, 2021 from computation under the Speedy Trial Act.   The reason for the continuance is that defense needs more time to review voluminous discovery and to adequately prepare for trial.

  B. The parties further agree that the ends of justice served by the continuance outweigh the best interests of the Defendant and the public in a speedy trial, and [check all that apply, but per the statute 2 and 3 cannot both be checked]:

    1. The failure to grant such a continuance would be likely

     ____to make a continuation of such proceeding impossible

     _X_to result in a miscarriage of justice.

    2. The case is so

     ____unusual

     ____complex

  due to

     ____the number of defendants

     ____the nature of the prosecution

     ____the existence of novel questions of fact or law

that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

    3.    The failure to grant the continuance would

        ___deny the defendant reasonable time to obtain counsel

        ___ unreasonably deny the defendant continuity of counsel

        ___unreasonably deny the government continuity of counsel

        <u>X</u> deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

        ___deny counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    4.    (Other factors considered)_____.

    C.    The parties further agree that the period of time from May 25, 2021 to and including July 27, 2021 constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).

DATED <u>   April 22, 2021   </u>, at Honolulu, Hawaii.

          JUDITH A. PHILIPS
          Acting United States Attorney
          District of Hawaii


         By <u>*/s/ Michael Nammar*</u>
          MICHAEL NAMMAR
          Assistant U.S. Attorney


         <u>*/s/ Howard K.K. Luke*</u>
         HOWARD K.K. LUKE
         Attorney for Defendant
         LIANE WILSON


         <u>*/s/ Richard Sing*</u>
         RICHARD SING
         Attorney for Defendant
         ROBERT BEARD

ORDER CONTINUING TRIAL AND
EXCLUDING SPEEDY TRIAL ACT TIME

The above Stipulation Continuing Trial Date and Excluding Time Under the Speedy Trial Act is hereby approved, and the agreements set forth in paragraphs A, B, and C of the Stipulation are adopted as findings by the court. For the reasons stated, IT IS HEREBY ORDERED:

(1) the jury selection and trial are set for July 27, 2021 at 9:00 a.m. before the Honorable U.S. District Judge Susan O. Mollway;

(2) the final pretrial conference is set for June 28, 2021 at 9:30 a.m. before the Honorable U.S Magistrate Judge Rom Trader;

(3) defense motions are CLOSED; the government's responses are due on April 26, 2021.

(4) a telephonic status conference to discuss juror questionnaire pursuant to court's pandemic trial plan is set for June 7, 2021 at 11:00 a.m. before the Honorable U.S. District Judge Susan O. Mollway.

IT IS FURTHER ORDERED that the period of time from May 25, 2021 to and including July 27, 2021, constitutes a period of delay which shall

//

//

be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).

DATED: April 22, 2021, at Honolulu, Hawaii.



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge

U.S. v. WILSON , et al.
CR. NO. 19-00105 SOM
"FOURTH STIPULATION AND ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT"