JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
michael.nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00105 SOM |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| LIANE WILSON,              (01) | ) | |
| a.k.a. Liana Shanti, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## GOVERNMENT'S SENTENCING STATEMENT

The United States of America has received and reviewed the proposed

Presentence Report. The Government has no amendments or modifications to note

thereto, and it presently has no other factual information relevant to the areas addressed in the proposed Presentence Report.

DATED: October 21, 2021, at Honolulu, Hawaii.

> JUDITH A. PHILIPS
> Acting United States Attorney
> District of Hawaii
>
> By   /s/ Michael Nammar
>   MICHAEL NAMMAR
>   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

    Howard K.K. Luke, Esq.    howard@hkkluke.com

    Attorney for Defendant
    LIANE WILSON

Served by Hand-Delivery:

    **U.S. PROBATION OFFICE**
    Attn: Darsie J.T. Ing-Dodson
    300 Ala Moana Boulevard, Room 2-300
    Honolulu, Hawaii 96850

    DATED: October 21, 2021, at Honolulu, Hawaii.

                          /s/ Janice Tsumoto
                          U.S. Attorney's Office
                          District of Hawaii