LAW OFFICE OF HOWARD K. K. LUKE
HOWARD K. K. LUKE  2049
DANIEL K. K. LUKE  10794
Davies Pacific Center
841 Bishop Street, Suite 410
Honolulu, Hawaii 96813
Telephone:  (808) 545-5000
Facsimile:  (808) 523-9137
Email:  howard@hkkluke.com

Attorneys for Defendant LIANE WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CASE NO. 19-00105 SOM |
|---|---|
| vs. | **STIPULATION; ORDER PERMITTING DEFENDANTS LIANE WILSON AND ROBERT BEARD TO TEMPORARILY LEAVE THE DISTRICT OF HAWAII** |
| LIANE WILSON,     (1) ROBERT BEARD,    (2) | |
| Defendants. | Sentencing:  December 17, 2021 |
| | Judge:  The Honorable Susan Oki Mollway |

## STIPULATION

The United States of America ("Government") and Defendant LIANE WILSON and ROBERT BEARD, by and through their undersigned respective attorneys (collectively, the "parties"), hereby agree and stipulate to the Defendants' request to leave the District of Hawaii to travel to the State of California to assist WILSON's minor son with golfing lessons from a professional golf instructor in the

Los Angeles County area for a period of time from November 18, 2021 to November 22, 2021. The parties hereby agree to the following terms and conditions:

1. Defendants' travel shall be for the period of November 18, 2021 to November 22, 2021 and be limited to travel from the State of Hawaii to the State of California and back with no unreasonable or foreseeable deviations or delays,

2. The details of Defendants' travel, to include their specific location, itinerary, and booking/lodging plans shall be made available to the Court, U.S. Pretrial Services, or the Government immediately upon request, and

3. Defendants shall maintain contact with their attorneys and U.S. Pretrial Services, and appear at any and all proceedings requiring their presence.

DATED: Honolulu, Hawaii, November 9, 2021.

REVIEWED AND SO STIPULATED:

/s/Howard K. K. Luke
HOWARD K. K. LUKE
Attorney for Defendant WILSON

/s/Richard H.S. Sing
RICHARD H.S. SING
Attorney for Defendant BEARD

/s/Michael Nammar
MICHAEL NAMMAR
Assistant U.S. Attorney

ERIK S. IVERSON
Pretrial Services Officer

## ORDER PERMITTING DEFENDANTS LIANE WILSON AND ROBERT BEARD TO TEMPORARILY LEAVE THE DISTRICT OF HAWAII

The above Stipulation is **HEREBY APPROVED**, and the agreements set forth therein are adopted as rulings by this Court. Accordingly, Defendants LIANE WILSON and ROBERT BEARD shall be permitted to temporarily leave the District of Hawaii subject to the following terms and conditions:

1. Defendants' travel shall be for the period of November 18, 2021 to November 22, 2021, and be limited to travel from the State of Hawaii to the State of California and back with no unreasonable or foreseeable deviations or delays,

2. The details of Defendants' travel, to include their specific location, itinerary, and booking/lodging plans shall be made available to the Court, U.S. Pretrial Services, or the Government immediately upon request, and

3. Defendants shall maintain contact with their attorneys and U.S. Pretrial Services, and appear at any and all proceedings requiring their presence.

**SO ORDERED.**

DATED:   November 15, 2021  , Honolulu, Hawaii.



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge