ORIGINAL

PTS-HI (4/2016))

# UNITED STATES PRETRIAL SERVICES OFFICE
## PASSPORT RECEIPT

RE: Wilson, Liane a.k.a. "Liana Shanti"

Year of Birth: 1971

Place of Birth: New York

Case Number: 1:19CR00105SOM-01

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 25 2019

at 1 o'clock and 43 min. PM
SUE BEITIA, CLERK

---

COURT ORDER entered on November 15, 2019
The above-named defendant surrendered (select one)
☒ United States Passport
☐ Foreign Passport (Country Enter Country)

Passport Number 589713154 to the custody of the U.S. Pretrial Services Office on November 20, 2019.

☐ Other _____ Enter number to the custody of the U.S. Pretrial Services Office on Enter Date.

---

_[Defendant's Signature: Liane Wilson]_

Defendant's Signature                           Officer's Signature

**Recorded in the Passport Log (Sign and Date)**
Logged IN                                       Logged OUT

_____                        _____
Signature and Date                              Signature and Date

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Dec 17, 2021, 11:48 am
Michelle Rynne, Clerk of Court

This will acknowledge receipt of Passport Number Enter number or Other Enter number previously surrendered to the U.S. Pretrial Services Office pursuant to a prior Court Order.

Date Returned 12-17-202_ Received by: _[signature]_

Purpose Returned
☐ Defendant not convicted                       ☐ Other
☒ Defendant sentenced
☐ Mailed via Certified Mail