---

**From:** J S <j .s @gmail.com>
**Sent:** Friday, July 14, 2023 3:23 AM
**To:** Mollway Orders
**Cc:** michael.nammar@usdoj.gov
**Subject:** Re: Defendant's Position Statement filed by Liane Wilson, CR No. 00105-SOM-1
**Attachments:** liane-wilson-product-breakdown-cr-no-00105-SOM-1.pdf; liane-wilson-messenger-sessions-web-print.pdf; liane-wilson-illuminations-web-print.pdf

**CAUTION - EXTERNAL:**

Honorable Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850
(808) 541-1300
Re: Liane Wilson, CR No. 00105-SOM-1

Dear Judge Mollway,

My name is J S . From November 2020 to March 2022, I was a part of Liane Wilson's (AKA Liana Shanti's) Lumerian Mystery School. During that time, my ex-wife and I communicated with her directly on several occasions.

It's been brought to my attention that you're requesting Ms. Wilson to detail how she learns of the people whom she advocates for. I put together a document that I've attached to this email (along with the original sources) that clearly shows how her customers/followers come to her attention, seek her assistance, and describe their situations to her.

The support and guidance Ms. Wilson provided to my ex-wife were not via pro bono advocacy work. They were provided via her paid programs and services.

Liana can make the argument that this isn't 'individualized counseling,' but when you receive payment to talk to your customers and followers directly, does that not denote some kind of counseling or guidance?

I do hope this helps with the government's position regarding her probation modification; certificate of service.

Thank you for your time.

--
Sincerely,
J S

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.