# How Liane Wilson Learns About the People she ‘Advocates’ for

Re: Liane Wilson, CR No. 00105-SOM-1

## Overview

The following is a breakdown of Liane Wilson’s (AKA Liana Shanti’s) web of products and services. This is not a complete list, but it’s meant to show you that Liana has direct access to her customers/followers when they buy her programs.

Certain products directly offer private Facebook groups and Signal chats where members can share their experiences with others and participate in Liana’s psychic readings. These conversations don’t need to be specific to the particular program. For example, people can ask Liana about things they’re learning in her other programs, such as her Mother Wound Healing course or HMI Health Coaching program via her Illuminations signal chat.

Liana has access to everything people post in these groups, and she can use those posts at her discretion and remove people at any time without reason. I know this because I was one of these people.

Many of these products build off of one another, and many of her customers purchase multiple products and are in multiple groups simultaneously. Along with direct messages on her social media accounts, it’s here where Liana learns of people’s experiences.

Please see the table below for a breakdown of her products that grant direct access to her. I’ve also linked to the products right from her website. Please note that she changes her website frequently, so certain elements could have changed since this document was last updated.

## Products & Services Rubric

| The Web of Liana Shanti’s Lemurian Mystery School | | | |
|---|---|---|---|
| **Program (Linked)** | **Access to Liana?** | **Private Community?** | **Cost** |
| **Illuminations** | **Yes** | **Yes** | **$50–69 a month** |
| **One-on-One Session** | **Yes** | **No** | **$300 / 15min** |
| **HMI Nutrition Certification Program** | **Yes** | **Yes** | **$4,800** |
| **12D B-School** | **Yes** | **Yes** | **$3,900** |
| **Lifepath Manifesting** | **Yes** | **Yes** | **$1,200** |

| | | | |
|---|---|---|---|
| [Heal Candida Now] | Yes | Yes | $99 |
| [Mother Wound Healing] | Yes (via Illuminations) | Yes (via Illuminations) | $495–$500 |
| [Father Wound Healing] | Yes (via Illuminations) | Yes (via Illuminations) | $495–$500 |
| [Narcissism: Healing From The Pain of Narcissistic Relationships] | Yes (via Illuminations) | Yes (via Illuminations) | $495–$500 |

## Examples of how Liana can interact with her customers/followers




https://app.acuityscheduling.com/schedule.php?owner=17950124

# Option Two: Illuminations Plus Liana's Private Membership Group

Date Captured: 7/12/23

I created this Membership Community to offer a space where like-minded women can connect in a conscious community of lightworkers. This membership is to provide a safe space for connection and support, as well as mentoring by Liana as you work through healing Mother Wound, Father Wound, Narcissistic Relationships, Health and Wellness shifts, Abundance and Manifesting, Conscious Relationships, Conscious Parenting, Ascension Processes, Lifepath Alignment, Sexuality, and so much more.

**It is a virtual "home" where you you can feel connected, supported and inspired every day.**

This option provides you with:

- Liana's Illuminations Weekly Energy Forecast
- Liana's **private Facebook Community** where you are part of a like-minded community of amazing women who are supportive, non-judgmental and caring.
- Liana's private Signal Chat where you can connect, get feedback and support from the group.

**IMPORTANT PLEASE READ FIRST: There is currently a waiting list for Liana's private group. Please do not sign up for this group unless you have heard from Liana.**

Please send an email to: **assistant@lianashanti.com** with the subject: **PRIVATE GROUP REQUEST**, and you will be placed on the waiting list.

Please let Liana know in this email if you have done any of her core wound or other programs.

Liana will personally review your request and contact you directly before you sign up. Please note Liana gets many requests for this group and group size is limited.

https://www.illuminationsforecast.com/