# Liana Shanti

Choose Appointment | Your Info | Confirmation

Returning? Log in

**One on One Messenger Session in Signal App (Copy)**
15 minutes @ $300.00

This 15 minute session is a one on one with Liana where you can ask any and all questions on any topic. The session will take place in the Signal app.

July 2023 >

| M (MON | T (TUE: | W (WED | T (THU | F (FRID | S (SATU | S (SUN |
|---|---|---|---|---|---|---|
| 26 | 27 | 28 | 29 | 30 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |

No appointments are available this month.

Powered by

ACUITY SCHEDULING