— Bridget R., Ft. Lauderdale

## There are Two Ways to Join Liana's Community

Testimonials Weekly Blog

Lemurian Mystery School





### Option One: Illuminations Weekly Energy Forecast

Subscribe and receive your Illuminations Forecast Each Week in Your Inbox.

### Option Two: Illuminations Plus Liana's Private Membership Group

I created this Membership Community to offer a space where like-minded women can

connect in a conscious community of lightworkers. This membership is to provide a safe space for connection and support, as well as mentoring by Liana as you work through healing Mother Wound, Father Wound, Narcissistic Relationships, Health and Wellness shifts, Abundance and Manifesting, Conscious Relationships, Conscious Parenting, Ascension Processes, Lifepath Alignment, Sexuality, and so much more.

**It is a virtual “home” where you you can feel connected, supported and inspired every day.**

Testimonials Weekly Blog

Lemurian Mystery School

This option provides you with:

- Liana's Illuminations Weekly Energy Forecast
- Liana’s **private Facebook Community** where you are part of a like-minded community of amazing women who are supportive, non-judgmental and caring.

- Liana's private Signal Chat where you can connect, get feedback and support from the group.

Testimonials Weekly Blog
Lemurian Mystery School

**IMPORTANT PLEASE READ FIRST: There is currently a waiting list for Liana's private group. Please do not sign up for this group unless you have heard from Liana.**

Please send an email to: **assistant@lianashanti.com** with the subject: **PRIVATE GROUP REQUEST**, and you will be placed on the waiting list.

Please let Liana know in this email if you have done any of her core wound or other programs.

Liana will personally review your request and contact you directly before you sign up. Please note Liana gets many requests for this group and group size is limited.

Liana will get to you as soon as she can, and the process can take up to 60 days. Thank you for your patience.

Subscribe Now