**From:** Debra Cox
**To:** Mollway Orders
**Cc:** michael.nammar@usdoj.gov; clare.connors@usdoj.gov
**Subject:** Liane Wilson aka Liana Shanti using Certified Clinical Nutritionist title
**Date:** Monday, July 24, 2023 10:16:37 AM
**Attachments:** image003.png

---

**CAUTION - EXTERNAL:**

July 24, 2023

Honorable Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850
(808) 541-1720

RE: Liane Wilson aka Liana Shanti
Health Mastery Institute
(800) 906-0461
enroll@healthmasteryinstitute.com

Dear Judge Mollway,

It has come to the attention of the Clinical Nutrition Certification Board™ that Liane Wilson aka Liana Shanti has been advertising herself as a Certified Clinical Nutritionist™.

The Clinical Nutrition Certification Board has trademarked "Certified Clinical Nutritionist™" and "CCN™" as exclusive to the CNCB™.

Liane Wilson, Liana Shanti or any version of such name has never participated in the CNCB's program nor has she taken the CCN exam, thus violating the trademark the CNCB holds.

The CNCB will be sending her a cease and desist letter informing her of the violation.

Here is the website link where she specifically advertises herself as a "certified clinical nutritionist".

Team 1 (hminutrition.com)

Thank you for your time in reviewing this matter,

Debra Cox
Associate Director
Clinical Nutrition Certification Board™
400 Chisholm Place #303
Plano, TX 75075

972-250-2829

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.