LIMITED TIME ONLY: SAVE $800 ON TUITION!

×



# Meet the Team



LIMITED TIME ONLY: SAVE $800 ON TUITION! ×

NUTRITION PROGRAM
IMMUNITY MASTERCLASS CLEANSES
ELECTIVES BLOG RECIPES
FREE RESOURCES ABOUT OUR TEAM
ENROLL

Liana Shanti - HMI Founder, Juris Doctor, Certified Clinical Nutritionist, Natural Healing Institute of Naturopathy; Certified Sports Nutritionist, International Sports Sciences Association; Member American Association of Nutritional Consultants; Certified Human Rights Consultant, United States Institute of Diplomacy and Human Rights, Additional Certifications: Harvard Medical School Cholesterol Management Certification; Harvard Medical School Type 2 Diabetes Management Certification; Harvard Medical School Management of High Blood Pressure Certification. Current PhD Student Psychology.



LIMITED TIME ONLY: SAVE $800 ON TUITION! ×



## Cahira No... - HMI Admissions ...irector ...rtified Nutri...n Coach, Health M... Graduate; Hea... Coach for 8 ...ears

INTERNATIONAL SPORTS SCIENCES ASSOCIATION
ISSA
CERTIFIED

Since 1988

HARVARD
MEDICAL SCHOOL

## NHI College Natural Healing Institute

LIMITED TIME ONLY: SAVE $800 ON TUITION! ×



# ownload Your Getting Started Guid

Discover how you can earn a living while following your passion for health and wellness in a career you can be happy about with the HMI Plant Based Health Coaching Program.

First Name

Last Name

Email Address

**Download My Guide**

LIMITED TIME ONLY: SAVE $800 ON TUITION!



website and through ...mmasteryprograms.com are DIGI... ODUCTS and as suc... 100% NON-REFUNDABLE once the transaction is complete. Please read the full Terms of Sale HERE and Terms of Use HERE.

**Earnings Disclaimer:** When addressing financial matters in any of our Health Mastery Institute Sites, videos, newsletters or other content, we've taken every effort to ensure we accurately represent our programs and their ability to grow your business and improve your life. However, there is no guarantee that you will get any results or earn any money using any of our ideas, tools, strategies or recommendations. Nothing on our Sites is a promise or guarantee of earnings. Your level of success in attaining similar results is dependent upon many factors including your skill, knowledge, ability, dedication, business savvy, network, and financial situation, to name a few. Because these factors differ according to individuals, we cannot and do not guarantee your success, income level, or ability to earn revenue. You alone are responsible for your actions and results in life and business. Any forward-looking statements outlined on our Sites are simply our opinion and thus are not guarantees or promises for actual performance. It should be clear to you that by law we make no guarantees that you will achieve any results from our ideas or models presented on our Sites, and we offer no professional legal, medical, psychological or financial advice.

**© 2022 Health Mastery Institute, LLC**

LIMITED TIME ONLY: SAVE $800 ON TUITION!

×