LAW OFFICE OF HOWARD K. K. LUKE
HOWARD K. K. LUKE 2049
DANIEL K. K. LUKE 10794
Davies Pacific Center
841 Bishop Street, Suite 410
Honolulu, Hawaii 96813
Telephone: (808) 545-5000
Facsimile: (808) 523-9137
Email: howard@hkkluke.com

Attorneys for Defendant LIANE WILSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>LIANE WILSON,<br><br>Defendant. | CASE NO. 19-00105 SOM<br><br>**REDACTED DEFENDANT'S POSITION STATEMENT REGARDING JULY 11, 2023 EO (ECF NO. 108) AND ECF NO. 110; ATTACHMENTS; CERTIFICATE OF SERVICE**<br><br>Judge: The Honorable Susan Oki Mollway |

**REDACTED DEFENDANT'S POSITION STATEMENT REGARDING**
**<u>JULY 11, 2023 EO (ECF NO. 108) AND ECF NO. 110</u>**

Defendant LIANE WILSON, by and through her counsel undersigned, respectfully submits the following redacted attachments responsive to the Court's July 11, 2023 EO (ECF No. 108) as well as the communication received by the Court on July 14, 2023 (ECF No. 110). These attachments include Defendant's

//

//

response (Attachment 1) and two letters in support both dated July 17, 2023 (Attachments 2 and 3).

DATED: Honolulu, Hawaii, July 26, 2023.

/s/ Howard K. K. Luke
HOWARD K. K. LUKE, ESQ.
Attorney for Defendant LIANE WILSON