**ATTACHMENT 1**

1. **I do not have any paid groups. Zero**. J[redacted] S[redacted]'s narrative is false.

2. I have **two Facebook communities for my nutrition school and my Candida detox program**. They are completely free, they are at my sole discretion (meaning not guaranteed that I will continue them), and they are not part of the programs themselves. Advocacy topics (child custody, abuse etc) are not discussed. I have attached some screenshots of J[redacted] S[redacted]'s messages in those groups that he was once a part of because he did my candida program and my Nutrition School.

   Additionally, I also had a **FREE community on Facebook for people to support each other going through a spiritual program of mine called Lifepath Manifesting**. Again, nothing regarding advocacy topics are discussed in there, and there was **never a fee to join**. I CLEARLY state on my website that the group is NOT a part of the program, is discretionary service I provide that I can discontinue at any time. I have also attached screenshots of J[redacted] S[redacted]'s messages in that group, which he was in for a short period of time. I moderate the groups but rarely participate as they are designed as peer support groups.

3. **My advocacy work for victims of domestic violence is and always has been entirely unrelated to the programs I sell as part of my business.** This needs to be CRYSTAL CLEAR as J[redacted]'s attempts to muddy the waters is a classic red herring technique used by these abusers in everything they are doing to their ex wives, daughters and now to me. The false narrative is intentionally to blur the lines in order to further harm me.

   The organized attack of these 9 ex husbands (all accused, and several arrested for, domestic violence) and their supporters are related SOLELY to the PUBLIC DISCLOSURE of the victim's experiences, by the victim's themselves, as well as me.

   In the case of J[redacted], his ex wife L[redacted] F[redacted] spoke out publicly about him after he began smearing her name publicly. He was outed as a misogynist and someone who believed that women were only good "to pop out babies and give you sex" (See attached screenshots with these exact words in his OWN writing from his OWN facebook page). I publicly supported L[redacted]. At that time, J[redacted] began his false narrative of "having been in a cult" to distract from the spotlight being on him, and began slandering me. I have EXTENSIVE posts written by J[redacted], I have shared some as attachments.

   **J[redacted]'s self-insertion into my probation is a transparent and malicious vendetta for their abuses being called out.**

   This group of abusers (arrested for domestic violence like T[redacted] J[redacted] and J[redacted] L[redacted]) and accused abusers coordinated a targeted attack to silence me from supporting their victims. Their self-insertion into my bankruptcy probation is unrelated to my paid work, yet, they continue to try to make connections that don't exist, in the hopes it will discourage people from finding out about the abuse exposures website where the victims share their stories in their own words.

**A disclosure site that is growing, and has caught the International attention of the "Me Too" movement of women coming forward to speak about abuse who are no longer willing to be intimidated into silence.**

One of my students, [redacted] A[redacted], is making national headlines about her custody case, has been on NBC news and has recently, along with her attorneys, filed a suit against the state of Colorado for the corruption and miscarriage of justice she experienced in her 8 year battle against her ex-husband C[redacted] P[redacted] who was accused by all three of their children, of sexually abusing her.

SEE HERE

[redacted]

4. My advocacy work has been the SINGULAR reason for the bullying, harassment and death threats my family and I have been dealing with since April 2022. It is NOT because of my business or any money I earn, which is why it is wholly unrelated to bankruptcy fraud.

   ***None of the people attacking me and none of the people who wrote letters to the court and harassed S[redacted] and Probation were students with the exception of J[redacted] S[redacted] – who was ONLY a student because his wife was a student. That is why this group of con-men have designated J[redacted] as their spokesperson.***

   The rest of the people who harassed S[redacted] and wasted the court's time and a ton of my time are ex-husbands of students, all of whom are accused of abuse, and several who have been arrested for domestic violence, including T[redacted] J[redacted] and J[redacted] L[redacted].

5. J[redacted] S[redacted] took it upon himself last week to once again insert himself into the narrative under the guise of "explaining" my 12 year extensive business model to the judge. His mischaracterization is erroneous. He misrepresented my business in order to create an appearance that my advocacy work is paid or is somehow connected to money. My business has enjoyed a STELLAR reputation for over 12 years now, with literally thousands of testimonials from people in over 80 countries, and was started more than a year AFTER my bankruptcy. **I was on disability leave from my job as a real estate salesperson at the time I filed bankruptcy.**

6. J[redacted] S[redacted]'s ex wife L[redacted] F[redacted] provided a letter, please see attached.

7. Board Certified Physician, Dr. R[redacted] S[redacted], submitted a letter as well please see attached. R[redacted] was doing FREE presentations to the community on healthy eating, juices and smoothies at Down to Earth health food stores in Honolulu as part of her public service work.

   R[redacted] provided a safehouse for L[redacted] to stay when she had to escape her abusive father as she was seeking a restraining order.

   J[redacted] found out that R[redacted] was helping L[redacted] and emailed Down to Earth to tell them Dr. S[redacted] was in a cult and was a danger to the community. The level of vindictiveness is evident. J[redacted] lives in Long Island New York. Dr. S[redacted] lives in Honolulu. He does not know R[redacted] at all. A board certified physician giving healthy food demos at Down to Earth, 6000 miles away, and he contacted the store to harm her reputation.

8. **Who is J[redacted] S[redacted]?** He is someone who recently, in May 2023, submitted a fraudulent report to a credit card company to try and harm me in yet another way. On this fraudulent report he stated on a legal document that he did not receive the program materials for my nutrition school, so he could receive money back for the program. However, this was a lie. J[redacted] not only attended my nutrition school, but he completed the program, took his final exam, continually left rave reviews, and shared numerous accounts of how his life, his health, his happiness, and his excitement for offering health groups for men was due to my work and my program. (PLEASE SEE SCREENSHOTS) He graduated in 2022.

   So more than a year after he already turned in his final exam and completed the program, in yet ANOTHER MALICIOUS CONTINUAL ATTACK on me and my business, he submitted fraudulent credit card dispute information. I submitted the evidence to the credit card company and my payment processor (Stripe) that he was lying, and I won every dispute he filed. (He was on a monthly payment plan so he disputed each monthly payment). This cost me significant time to pull together all of the proof.

   This has been the hate groups strategic plan: lie, submit false information, false documents, create false narratives, so that me and the other women they have harmed need to devote significant time and resources to deal with this abuse.

9. **Who is J[redacted] S[redacted]?** J[redacted] S[redacted] also submitted **false affidavits in child custody cases for men he has never met and who he doesn't know**. In these affidavits he made claims that he "knew" these women and that they were mentally incapable of caring for their children. Women he does not know. Men he does not know. Family custody battles he was never involved in. Yet he submitted documents to courts from Canada to California to Montana and many other states in between in support of the fathers accused of abuse and/or arrested for domestic violence. Men he found out about through an Instagram hate account that was started by the people who are the defendants in my Defamation litigation.

10. **The clear answer to "where did I learn about these victims of domestic violence" was through my friend and student K[redacted] A[redacted].** She began her 8 year custody battle that I referenced above, in 2016.

K[redacted] was dragged through an abusive battle with her ex which resulted in the termination of her parental rights of her three daughters. Daughters who she cared for as a stay at home mom for 12 years after leaving her 6 figure job in corporate America. All three of her daughters began reporting that they were sexually abused by their father C[redacted] P[redacted]. They reported it to school personnel. They reported it to dance teachers. They reported it to their pediatrician. They reported it to a counselor. All "mandatory reporters" who reported it to CPS. CPS did an investigation which concluded that the claims of sexual abuse were FOUNDED.

Suddenly and out of nowhere, they REVERSED the finding and started claiming that K[redacted] was "coaching" her kids, and required supervised visits for K[redacted] that took place only at the CPS building on video camera for an hour twice a week. After months of K[redacted] having ZERO contact outside of supervised visits, her daughters continued making sexual abuse disclosures about C[redacted] P[redacted]. Her youngest daughter made an ON CAMERA disclosure in front of a supervisor who was shocked and alarmed and reported what was said by this child.

After that, they stopped K[redacted] from even seeing her girls in supervised visits and eventually, they terminated her parental rights. The story is here:

[redacted]

**The judge, N[redacted] C[redacted], who terminated her rights, was forced to resign from the bench.** A caseworker who was a custody evaluator in the department was fired for failure to report sexual abuse. Just this past week, another case worker involved in her case, R[redacted] N[redacted], was arrested for filing false reports in child custody cases. K[redacted] was going through this (still is) nightmare as I watched in horror. It was and remains one of the most corrupt and abusive family court situations I have ever seen.

She and her attorneys have recently filed a case against the State of Colorado.

K[redacted] almost committed suicide. Which, a little research will show you, is not uncommon. A very similar recent case made international news - the A[redacted] and C[redacted] K[redacted] case. Both attorneys in New York. He was a partner at [redacted]. His abuse of the family court system in a vicious custody battle ended with her suicide.

[redacted]

**While K[redacted] was dealing with her situation, I began speaking out about the atrocities I was hearing about.** I also began researching and found out about M[redacted] M[redacted]. K[redacted] had begun working with her and trying to get press and media involved through M[redacted]'s connections.

She is the author of a book called [redacted] her website is here [redacted]

**A number of women personally reached out to me via email after I was on a couple of podcasts, speaking about post separation abuse.** K[redacted] had shared with me that there were huge "protective parent" group communities on Facebook with thousands of people, but that they were very negative, depressing, and offered no hope.

In 2019 I had started a women's only Facebook community for women who had done my programs, who were looking for a community if like-minded women. **Some women who had reached out to me about my insights on domestic violence and post-separation abuse joined this group.**

## This group no longer exists.

**When it did exist, it was $19 a month, and there were 125 women in it. So even at it's height, it was $2300 a month income, which is less than .001 percent of my annual income.** It was NEVER a group focused on these advocacy and domestic violence issues. It was overwhelmingly a spiritually focused group. There were a few women **-8 to be exact- out of 125** who were going through custody issues with their husbands and would lean on the other women in the community for support. Some of them shared their stories in the community.

Two of the accused abusers, (ex-husbands) hacked into their ex-wives Facebook accounts using their passwords to secretly get into our women's community in order to obtain private and personal information about their ex- wives.

They weaponized very personal information their ex-wives had shared in the community to try and obtain custody, as well as very private sensitive information from other women in the group that had nothing to do with custody and abuse because **the vast majority of the women in the community were not going through divorces or custody battles.**

Through this hacking, these two men were able to identify the names of several other men who were also in custody disputes, also accused by their children of abuse. This would eventually become the group of 9 men (and their family members) who submitted slanderous letters about me who are so geographically diverse (Canada, Florida, California, Montana etc) that they would've never even known each other existed had they not become moles in the private women's community.

**Many of them with domestic violence arrest records. All are accused of abuse.**

Each of these men who do not know each other, have banned together and have collectively weaponized the private disclosures of their ex wives, obtained by sneaking into the private Facebook community, writing affidavits for each other in custody cases they know nothing about, creating a false and destructive narrative that their ex wives are all mentally unstable incapable women and mothers because they are part of a spiritual community.

After being hacked, and seeing the greater need for advocacy, I began connecting with other organizations advocating for family court reform. **I decided to end the Facebook community altogether**, in favor of a wider public advocacy forum on the website [redacted] which is now a growing collaborative forum where anyone can share their personal journey through post-separation abuse, family abuse and family court reform issues like Kayden's Law etc…

There are volunteers who manage and run the EFA website.

**So, anyone who personally reaches out about their custody story, can only do so directly through that advocacy website. AND there is never any fee or any money exchanged for contributing to that forum.**

**I have intentionally made a huge effort to separate my advocacy work from my actual work – ever since the defamation and harassment and death threats were made against my family. 100% of the defamation**

**resulted from my advocacy work, none of it from my programs and classes, and it has very negatively affected my income and harmed my family**.

That is why I am the PLAINTIFF in the defamation case against these abusers.

J[redacted] S[redacted] made the false statement that "when you receive payment to talk to your customers and followers directly"

***That does not happen, outside of the limited personal sessions I offered MANY years ago and have not been available for a long time. See below.***

**J[redacted] also states that he and his ex wife spoke to me directly. Intentionally misleading the judge to believe talking to customers directly implies some kind of "paid-for counseling". ANY business owner is expected to periodically speak with their clients/customers/students. Usually this takes place in emails or in a FREE (not subscription) Facebook community group chat.**

J[redacted] took a screenshot from IlluminationsForecast.com website which has not been updated in over a year because it's no longer a site that I use. ALL of my programs are purchased through LianaShanti.com as one portal.

However, *even in going to that older website and seeing the option* ***for the old group, which he screenshot****, it would have been* ***impossible for anyone to join it for quite some time now because I REMOVED THE OPTION from the pay site where the programs are actually hosted which is PODIA***. So even if someone were to go to that page thinking I still had a group, they would be led to a page that was blank and no ability to purchase anything.

I have never in my life solicited people for advocacy work, or received even a single dollar for my public advocacy for domestic violence victims. **These women all reached out to me and asked for help based on my previous speaking out on these issues.**

The second photo J[redacted] S[redacted] sent was a screenshot of scheduling for personal sessions using a scheduler called Acuity. **Those sessions were stopped YEARS ago.** He went into acuity from an old link which is not even available through any of my websites and has not been for some time. I don't even know where he got that from. See attached screenshots.

Acuity was an automatic deduction from my credit card and even after I removed the link from my website a long time ago, the deduction was still coming out until my husband let me know in 2022 that I was still paying for a service I no longer used. Screenshots show week after week last year of no sessions scheduled.

**Besides those sessions being stopped YEARS ago, they were not related to divorce, custody, child abuse or any other advocacy topics. Most were wellness sessions.**

**ZERO PEOPLE HAVE PRIVATE ACCESS TO ME. But that is truly BESIDES THE POINT. I Am FREE to give anyone private access to me that I choose. For ANY REASON. I stopped doing one on one sessions a long time ago because they were very time consuming and my business was growing exponentially and I chose to focus on creating more great programs rather than focus on only one person at a time.**

I DO NOT get paid or receive ANY compensation for my ADVOCACY work. AND I NEVER HAVE. This false accusation and characterization needs to end. Any and all contact with the victims of domestic violence has been PRO BONO.

As you can see below, this is the FACTUAL representation of my work. J[redacted] S[redacted] is attempting to create confusion while there is a very clear and easy breakdown of my work.

**ACCURATE AND FACTUAL BUSINESS**

| PROGRAM | ACCESS TO ME | PRIVATE COMMUNITY |
|---|---|---|
| ILLUMINATIONS | NO. NEVER. This is a BROADCAST message that has been sent out every single week since 2015.<br><br>It is a subscriber based PODCAST. It has NEVER allowed anyone to have access to me in any way. | NO. THIS IS A PAID PODCAST. |
| ONE ON ONE SESSIONS | NO LONGER EXIST. WHEN THEY DID EXIST THEY WERE PRIMARILY WELLNESS SESSIONS. | NA |
| HMI NUTRITION | NO PERSONAL ACCESS TO ME, NEVER HAS BEEN. | WE HAVE A FREE PEER GROUP FOR STUDENTS TO SHARE THEIR SUCCESSES |
| 12D B SCHOOL | NO PERSONAL ACCESS TO ME, NEVER HAS BEEN. | WE HAVE A FREE PEER GROUP FOR STUDENTS TO SHARE THEIR SUCCESSES. |
| HEAL CANDIDA NOW | NO PERSONAL ACCESS TO ME, NEVER HAS BEEN. | WE HAVE A FREE PEER GROUP FOR CLEANSE PARTICIPANTS TO SHARE THEIR EXPERIENCES WITH EACH OTHER, SHARE CANDIDA FRIENDLY RECIPES, AND SUPPLEMENT BRANDS THEY LIKE ETC… |
| LIFEPATH | NO PERSONAL ACCESS TO ME, NEVER HAS BEEN. | WE HAVE A FREE PEER GROUP FOR STUDENTS TO SHARE THEIR EXPERIENCES WITH EACH OTHER. |
| Mother Wound | NO | This program has never had a group since its creation. |
| Father Wound | NO | This program has never had a group since its creation. |
| Narcissism | NO | This program has never had a group since its creation. |

Ultimately, J[redacted]submitted false information regarding sessions I stopped a long time ago (which in any event were not counseling of any kind) and a group which was never a "mother wound father wound narcissism" group, but which group is also no longer in existence.

Attached are two screenshots from a year ago showing that even as far back as last year I was not taking personal sessions. I had stopped them a long time ago, but never canceled the acuity service, not realizing it was auto-deducted from a credit card. The option to "schedule a session" with me was eliminated quite some time ago. Further, these sessions, when they did exist, were primarily wellness sessions.




