PAYMENT

**$302.85** USD Dispute won ✓

| Last update | Customer | Payment method | Risk evaluation |
|---|---|---|---|
| May 30, 3:39 PM | [redacted]@gmail.com | •••• 7079 | Normal |

**✓ You won the dispute**

The issuing bank decided in your favor on May 30, 2023. The disputed amount of $302.85 USD, less any applicable Stripe fees will be returned to you.

Learn more about preventing chargebacks →

**Relevant documents**

View your submitted e

## Timeline

Won dispute
The issuing bank resolved this dispute in your favor. The disputed amount of $302.85 USD, less any applicable Stripe fees have
May 30, 2023, 3:39 PM

Submitted evidence to counter dispute
Apr 10, 2023, 10:24 AM by liana@healthmasteryinstitute.com

Payment disputed because product unacceptable
Mar 18, 2023, 5:20 PM

Payment succeeded
Mar 24, 2022, 6:01 AM

Payment started
Mar 24, 2022, 6:01 AM

## Payment details

| | |
|---|---|
| Statement descriptor | HMI NUTRITION SCHOOL |
| Amount | $302.85 |
| Fee | $9.08 |
| Net | $293.77 |
| Status | Disputed |
| Description | HMI NUTRITION CERTIFICATION PROGRAM - payment plan ✎ Edit |

## Payment method

ID pm_1K5y84Km0WZkm9hUPHXin7TR

Postal code

Search...

nts | Balances | Customers | Products | Billing | Reports | Connect | More

PAYMENT

**$302.85** USD Dispute won ✓

| Last update | Customer | Payment method | Risk evaluation |
|---|---|---|---|
| May 5, 3:32 PM | [redacted]@gmail.com | •••• 7079 | Normal |

### ✓ You won the dispute

The issuing bank decided in your favor on May 5, 2023. The disputed amount of $302.85 USD, less any applicable Stripe fees will be returned to you.

Learn more about preventing chargebacks →

**Relevant documents**

View your submitted evidence

View dispute claim

### Timeline

- Won dispute
  The issuing bank resolved this dispute in your favor. The disputed amount of $302.85 USD, less any applicable Stripe fees have been return
  May 5, 2023, 3:32 PM
- Submitted evidence to counter dispute
  Mar 16, 2023, 10:43 PM by liana@healthmasteryinstitute.com
- Payment disputed because product unacceptable
  Mar 16, 2023, 5:28 PM
- Payment succeeded
  Feb 24, 2022, 6:00 AM
- Payment started
  Feb 24, 2022, 6:00 AM

### Payment details

| | |
|---|---|
| Statement descriptor | HMI NUTRITION SCHOOL |
| Amount | $302.85 |
| Fee | $9.08 |
| Net | $293.77 |
| Status | Disputed |
| Description | HMI NUTRITION CERTIFICATION PROGRAM - payment plan Edit |

### Payment method

Search

12:09 98

Friday
5:40 PM
Edit

ments?customer=cus_JOtmbq7UJ8kpY4

Search...

es Customers Products Billing Reports Connect More

## ayments

payments Disputes All transactions

All | Succeeded | Refunded | Uncaptured

Date | Amount | Status | Payment method

| AMOUNT | | | DESCRIPTION | CUSTOMER | DATE |
|---|---|---|---|---|---|
| $302.85 | USD | Succeeded ✓ | HMI NUTRITION CERTIFICATION PROGRAM - payment plan | [redacted]@gmail.com | Jul 24, 2022, 6:00 |
| $302.85 | USD | Succeeded ✓ | HMI NUTRITION CERTIFICATION PROGRAM - payment plan | [redacted]@gmail.com | Jun 24, 2022, 6:00 |
| $302.85 | USD | Succeeded ✓ | HMI NUTRITION CERTIFICATION PROGRAM - payment plan | [redacted]@gmail.com | May 24, 2022, 6:0 |
| $302.85 | USD | Succeeded ✓ | HMI NUTRITION CERTIFICATION PROGRAM - payment plan | [redacted]@gmail.com | Apr 24, 2022, 6:0 |
| $302.85 | USD | Dispute won ✓ | HMI NUTRITION CERTIFICATION PROGRAM - payment plan | [redacted]@gmail.com | Mar 24, 2022, 6:0 |
| $302.85 | USD | Dispute won ✓ | HMI NUTRITION CERTIFICATION PROGRAM - payment plan | [redacted]@gmail.com | Feb 24, 2022, 6:00 |
| $302.85 | USD | Succeeded ✓ | HMI NUTRITION CERTIFICATION PROGRAM - payment plan | [redacted]@gmail.com | Jan 24, 2022, 6:00 |
| $302.85 | USD | Succeeded ✓ | HMI NUTRITION CERTIFICATION PROGRAM - payment plan | [redacted]@gmail.com | Dec 24, 2021, 6:03 |
| $120.00 | USD | Succeeded ✓ | MEN'S HEALTH ELECTIVE | [redacted]@gmail.com | Dec 9, 2021, 5:31 |
| $302.85 | USD | Succeeded ✓ | HMI NUTRITION CERTIFICATION PROGRAM - payment plan | [redacted]@gmail.com | Nov 24, 2021, 6:00 |
| $302.85 | USD | Succeeded ✓ | HMI NUTRITION CERTIFICATION PROGRAM - payment plan | [redacted]@gmail.com | Oct 24, 2021, 6:00 |
| $302.85 | USD | Succeeded ✓ | HMI NUTRITION CERTIFICATION PROGRAM - payment plan | [redacted]@gmail.com | Sep 24, 2021, 6:00 |
| $302.85 | USD | Succeeded ✓ | HMI NUTRITION CERTIFICATION PROGRAM - payment plan | [redacted]@gmail.com | Aug 24, 2021, 6:00 |
| $302.85 | USD | Succeeded ✓ | HMI NUTRITION CERTIFICATION PROGRAM | [redacted]@gmail.com | Jul 24, 2021, 9:23 A |
| $39.00 | USD | Succeeded ✓ | HEAL CANDIDA NOW | [redacted]@gmail.com | Apr 30, 2021, 1:42 |

15 results

Search

# Dispute Resolution Form—
# Cardholder Dispute Chargeback



mastercard

## Transaction Information:

Acquirer's Reference Data or Switch Serial Number: 82711162055000008424988

Merchant Name: HMI NUTRITION SCHOOL

Transaction or Settlement Date: 24-Feb-2022

Transaction Amount: 302.85 USD

Disputed Amount: 302.85 USD

## Type of Cardholder Dispute (check one):

- ☐ Goods or services were not as described or defective, includes shipped merchandise received damaged or not suitable for its intended purpose or merchant didn't honor the terms and conditions of a contract.
  Delivery date of the goods or services: ____
- ☑ Goods or services were not provided
  Expected delivery date of the goods or services: 01-Feb-2023
- ☐ Digital goods were purchased totaling USD 25.00 or less and did not have adequate purchase controls
- ☐ Credit not processed
  Return or cancellation date: ____
- ☐ Counterfeit goods alleged to be authentic were purchased
- ☐ Recurring transaction cancelled prior to billing
  Cancellation date: ____
- ☐ Recurring agreement was not properly disclosed
- ☐ Addendum dispute
- ☐ "No-Show" hotel charge was billed
- ☐ Purchase transaction did not complete
- ☐ Timeshare agreement or similar service provision was cancelled within Mastercard time frame
- ☐ Credit posted as a purchase
- ☐ Failed Travel Merchant – Intra-EEA and Domestic European Transactions Only

## Cardholder Participation:

Did the cardholder participate in the transaction? ☑ Yes ☐ No

# SCREENSHOT 1



**J[redacted] S[redacted]** is feeling accomplished.

Feb 21, 2022 ·

Hey, Everyone!

This past weekend was quite the milestone! L[redacted] and I turned in all of our assignments and final exams and are officially pending certification. Hitting that final 'Turn in' button felt surreal.

My journey into HMI all started with my own Candida cleanse in May of last year. That program was so much more than healing Candida– it showed me what it feels like to start something and see it through. That isn't something that comes naturally to me. It sparked something inside me. It motivated me to continue learning about the human body. It also showed me the vitality that men are missing out on.

So I enrolled in HMI back in August to become a holistic health coach for men. I was determined to get the program done as fast as I could while still absorbing the material. In about 8 months, I worked through HMI during massive life changes, moving states, and with a full-time day job. All the free time I had went to learning HMI. I devoured it.

Anytime I felt fear or doubt along the way, I focused on my results from the Candida cleanse to keep me going. I knew how valuable the information was to help men change their

SCREENSHOT 2

j[redacted] in HMI STUDENT GRO...

Filters | Posts You've Seen | Most Recent | Po

health.
Having the support and encouragement from my wife and all of you in here kept me going when I wanted to give up. Thank you C[redacted] and Liana for the love and dedication that you've put into this program. It's been an awesome journey learning so much much about myself, the human body, and what we can do to heal it.
So I've told the Universe that I'm here to serve the men that are ready to take their health into their own hands and start practicing self-love and compassion. I believe this is the path to a more compassionate, safe, and inspiring world.
I know this is just the beginning but I wanted to share this milestone with you all to show you what's possible when you put all your focus on something and stay the course.
Wishing all of you future HMI coaches the best of luck as you work through the program and step into your new career.
It's time to serve!

92 67 comments



J[redacted] S[redacted] is 😊 feeling joyful. •••

Sep 5, 2021 ·

First off, a huge thank you to Liana for creating these programs and for all of her wisdom. Thank you to everyone here that has been commenting and sharing their experiences– it has been a big part of my healing journey. I also want to thank L[redacted] for all of her support off the screen. This work has strengthened our marriage and I'm grateful we've been able to be there for each other as we journey on our individual paths.



J[redacted] S[redacted] is 🤨 feeling thoughtful.
Aug 12, 2021 ·

Then as I began to abuse Cannabis more and more, pairing it with alcohol and fast food, that profound feeling never returned. Instead, it was replaced with crippling anxiety, panic attacks, and paranoia. I eventually cut Cannabis out of my life but it took a really long time to do so. I put my brain through hell for almost a decade. A part of me always wanted to be able to live life without relying on outside substances and this healing journey is helping me realize that every "substance" I need is already within me, I just need to let it out.

✨✨✨ I love you, I'm sorry, please forgive me, thank you. ✨✨✨

**J[redacted] S[redacted]**

[redacted] damn, the outside forces are strong. Fast food, porn, alcohol, drugs, ex-girlfriends, all lurking in the shadows. The last one was kind of a joke but you get the idea. 😂



**J[redacted] S[redacted]**

[redacted] thank you so much for sharing this. I don't even want to know what my mother has said about me. I watched her talk shit about my whole family for years and years behind their backs and then smile to their faces at holiday parties– and now I'm one of them.



**Lifepath Manifesting**

J[redacted] S[redacted] · Nov 7, 2021 ·

Throughout my life, I always thought I was one of the "good guys". And when I compare that to the low standard the collective has set, I am in a lot of ways. However, as I dive deeper into this work and learn more about the divine masculine, I'm realizing that being a "good guy" means a lot more than just being outwardly nice and respectful.

I grew up in a misogynistic and homophobic household with access to internet porn. My two biggest role models growing up were my father and grandfather. They taught me:



**Lifepath Manifesting**

J[redacted] S[redacted] · Nov 7, 2021 ·

[1] 'Be nice' and 'respectful' to women. But I was also taught things like "women are a pain, but as long as they're cooking and cleaning, popping out kids, and giving you sex, you're in good shape." I was taught that there needs to be 'something in return' or else you're a whipped sucker. If you weren't getting what you wanted, it was totally fine to verbally abuse, criticize, yell at them, and put them down.



**Lifepath Manifesting**

J[redacted] S[redacted] · Nov 7, 2021 ·

[2] being gay was one of the worst things you could be in life. Even though I’m not gay, I still carry shame and embarrassment when I do something perceived as feminine (AKA this healing work) because my father despises gay men. He made it clear that if I were gay he wouldn’t have accepted or loved me. That did major damage and taught me to reject the feminine and anything associated with it. It was 'man up' or go home.

**Lifepath Manifesting**

J[redacted] S[redacted] · Nov 7, 2021 ·

Then there was access to porn. I'm 34 years old– and up until a few years ago, I would watch it almost every day since I was probably 12 or 13. It's been almost a year since I've watched it but I still think about it and some of the images are burned into my memory. It was like candy to me and nothing 'took the edge off' quite like it. I was taught to objectify women (and myself), only focus on my own pleasure, and that sex was the ultimate goal in life. The more the better.

This twisted trifecta had damaging effects on the way I interfaced with myself, my world, and the women in it.

Since he started "healing"

J[redacted] S[redacted] · Jan 5, 2022 ·

I got my new driver's license today and I still had my old one from 2018. Putting them side by side was astonishing.

2018: Just moved to the frozen tundra of Maine. My diet consisted of canned soups, sugary boxed chai drinks, frozen pizzas, fast food, White Claw spiked seltzer, and some weed. I would throw in a kombucha here and there to be healthy. 😂

2022: Just moved to sunny Florida. Plant-based for almost a year, supplementation, candida cleanse, no alcohol, no drugs, and emotional healing work.

Notice any difference?



j[redacted] in HMI STUDENT GRO...

Filters | Posts You've Seen | Most Recent | Po

health.
Having the support and encouragement from my wife and all of you in here kept me going when I wanted to give up. Thank you C[redacted] and Liana for the love and dedication that you've put into this program. It's been an awesome journey learning so much much about myself, the human body, and what we can do to heal it.
So I've told the Universe that I'm here to serve the men that are ready to take their health into their own hands and start practicing self-love and compassion. I believe this is the path to a more compassionate, safe, and inspiring world.
I know this is just the beginning but I wanted to share this milestone with you all to show you what's possible when you put all your focus on something and stay the course.
Wishing all of you future HMI coaches the best of luck as you work through the program and step into your new career.
It's time to serve!

92 | 67 comments

**J[redacted] S[redacted]** is 😟 feeling sad.

Jul 8, 2021 ·

**A[redacted] K[redacted]**

It's truly amazing to FEEL, whether it's sadness, happiness, grief, joy and everything else. I only used to be able to access anger, breaking through that felt so good.

It's so beautiful you 2 here together but separately, what a blessing 🙏

2y Like Reply 8

**J[redacted] S[redacted]**

M[redacted] A[redacted] thank you. Anger has always been my go-to emotion but it's slowly losing its power through doing this work.

2y Reply 1

J [redacted] S [redacted] is 😃 feeling awesome.

June 25, 2021 ·

Time for a little candida check-in! Since my last post, my body has made a comeback and I think I've found a groove. My [redacted] has gone into full remission and I've been doing the work to prevent it from flaring up again. Those Rainbow Light digestive enzymes have been a gift from God. Since I started taking them with my meals, my system has been firing on all cylinders and any discomfort I had is gone. I've also been eating a more balanced diet with more fiber. The most stubborn thing I'm dealing with right now is my [redacted] and [redacted] (back). I'm keeping them at bay but they're not in full remission. Besides those two [redacted] issues, I haven't felt this good (physically speaking) in my entire life. I'm coming up on day 57 and about to switch to the Undecyn supplements. I'll continue to monitor my skin and work on the emotional pieces. I'm super grateful for this program and this group!