# ATTACHMENT 2

July 17th, 2023

Honorable Judge Susan Oki Mollway
Judge of U.S. District Court of Hawaii
300 Ala Moana Blvd C-388
Honolulu, HI 96850

Your Honor,

My name is M[redacted] (legal name: L[redacted] F[redacted]), and this is my second letter.

**In my first letter from April 27th, 2023, I outlined how my estranged family had spearheaded the communications to Liana's probation officer, Sarah Neiling.**

It has since been brought to my attention that my ex-husband, J[redacted] "J[redacted]" T[redacted] S[redacted], prepared documentation to show how Liana learns about her students and that he was trying to show some kind of link between her advocacy work and the payments she receives. I can assure you that Liana does NOT get paid to advocate for her students, and that anything she shares on her social media platforms is by choice– not because she received payment to do so.

**Therefore, I'm writing this letter to focus specifically on J[redacted], and the reasons for his lies and malicious attempts to find fault with and to harm not only Liana, but other women and their children, which I outline towards the end of this letter.**

Ultimately, everything that J[redacted] is doing and saying truly has NOTHING to do with Liana, but she has, unfortunately, become a scapegoat in his smear campaign because I chose to divorce him over staying in a misaligned marriage.

As I expressed in my first letter:

I left an abusive family and marriage (it's extremely common for children of abuse to perpetuate the cycle into their adult romantic relationships), and my ex-husband has continued that abuse to this very day by telling a tall tale of leaving a cult while joining forces with my estranged family and *other* estranged family members of Liana's students– all in an attempt to cause severe harm to Liana and to her students, myself included.

**Right from the start, I want to note a very blatant and easy-to-prove lie (due to Liana's business having payment records) which is that J[redacted] stated that he and I were students of Liana's since November 2020. This is NOT true.**

I found Liana in November 2020, but I did not actually purchase anything of hers until December 5th, 2020, and it was her monthly Illuminations podcast that cost just $20/mo. at the time.

| | | | |
|---|---|---|---|
| Dec 5, 2020 | ILLUMINATIONS OG MEMBERS | Paid | $20.00 |

**J[redacted] was NOT involved in this purchase, and I don't believe he listened to anything of Liana's with me other than a free pre-recorded seminar of hers towards the end of December. I was the actual student of Liana's at that time– not J[redacted].**

**Then the first time J[redacted] purchased anything of Liana's was actually February 12th, 2021–** we each purchased the same program on the same day.

It would have taken nothing for J[redacted] to be honest and state that he didn't purchase anything of Liana's until February 2021, but instead, he chose to lie about something so simple. This continues to happen over and over again.

**At this point, the truth has become so buried – stealing hours upon hours from the true victims of this scheme (which is primarily Liana) when we have to dissect, explain, and weave together the *actual reality* of what's happening, as well as wasting YOUR TIME, that I truly feel what J[redacted] is doing is a criminal conspiracy.**

J[redacted] is *deliberating* attempting to cause emotional and financial harm to Liana because she had the courage to defend herself and her businesses against the lies he was spreading to both his family and mine when we separated and divorced. **Lies that my family FIRST wrote about Liana and myself on various platforms such as Reddit and Facebook BEFORE they were ever publicly named.**

They did this in an attempt to damage Liana's reputation because they are concerned with how me estranging myself from them affects THEIR REPUTATION. They are concerned about how things look to friends and family, and Liana is an easy target/scapegoat because I began to change my life after I started implementing her programs. **This is all an orchestrated smear campaign.**

NONE of this is because they truly want me back. I showed this in my first letter when my father messaged me on March 11th, 2023 literally stating, "I don't want you back," yet in my mother and father's letter to you dated April 8th, 2023, my mother asks for help in bringing me "home." **This is a CLEAR conspiracy showing that they are all in this web of lies TOGETHER in order to save face and to further prevent the truth of my childhood and marriage from being public.**



Since J[redacted] had so much information from being a student of Liana's, he twisted things to his benefit when we separated so his parents would give him a place to stay. Then he got those lies passed along to my estranged parents through his mother who wanted to "get back at me" over the fact that he had temporarily estranged himself from her and his father after I found Liana.

*(Meanwhile, most things I expressed to J[redacted] about why I loved learning from Liana were because they were things I'd been talking about BEFORE I found her. Some of them were things he had even been talking about, too! I was so grateful to find her work because it all felt right in my heart.)*

This instigated my parents to publicly harass and taunt me on my Facebook business page, as if J[redacted] going back to live with his parents meant they were "right" about me and Liana. From there, my father began threatening Liana and so much more.

Over one year later, and J[redacted]'s lies are STILL snowballing with MY personal family dispute unnecessarily landing in Liana's lap and now your lap.

**J[redacted] was also never publicly named as an abuser UNTIL his lies and the damage he was doing – including writing affidavits for men he didn't know for their custody proceedings – began coming to light.**

Liana has businesses to run, students to serve, and those of us who've been affected by J[redacted]'s actions began speaking out, which is not much different than what we see with things like the Me Too Movement.

As for communications with Liana, yes, some of us students DO choose to share our personal stories with Liana directly or in her Facebook groups (which are no longer active). **We are all adults who have the right to choose who and when and how to communicate with others.** Liana has also kindly responded to some students, completely FOR FREE, which she has zero obligation to do considering that she receives no additional payment for providing her time beyond what she's outlined on her website's terms of service.

But more importantly, Liana DOES NOT INITIATE private conversations with her students, nor does she privately solicit or coerce us to buy her programs. She's extremely cognizant of boundaries.

**J[redacted] was also NEVER solicited by Liana to purchase anything from her, she NEVER directly messaged him to have conversations either, and there are NO MANDATORY MEETUPS/PARTICIPATION.**

He doesn't even say that there are things like this. At least if he mentioned something along those lines, that could potentially raise a red flag, but **all J[redacted] has actually shown is that Liana has programs for sale, people are able to purchase them at will, and that there have been discussions in Liana's FREE student peer-support groups** like her nutrition school group that J[redacted] was a part of, that Liana hosts so that students can chat, connect, and share resources.

**Liana interacted directly with J[redacted] maybe a total of only 5-8 times in her Facebook groups that he was a part of– interactions that everyone else in the group could see.** They were comments where she provided encouragement because she was rooting for us as a couple based on things we shared in the group– like starting a business, talking about goals for our future, etc. She watched J[redacted] share photos of his health evolution, and she congratulated and cheered him on! She feels love and joy for her students, and she may express that at times, but that is NOT "love-bombing" as he claimed.

“Love-bombing” is when a person is overly attentive at the beginning of a relationship and performs over-the-top gestures to hook that person in and make them dependent, while becoming demanding and jealous of other friends or family members.

Liana does NOTHING like this. She has never even asked J[redacted] questions about his friends or family, nor did she EVER advise us to become estranged from them, nor did she ever send us gifts or private messages, or anything of the sort. Any kind sentiments Liana expressed towards J[redacted] in her Facebook groups is because he expressed an openness towards Liana’s work! NOT because she was “love-bombing.”

I do, however, have screenshots of J[redacted] expressing gratitude and love TOWARDS LIANA, her team, and all of the other students a few weeks BEFORE we continued with our move to Florida, an event that he claims destroyed his mental health:



J[redacted] S[redacted] is 😊 feeling joyful.
Sep 5, 2021 ·

First off, a huge thank you to Liana for creating these programs and for all of her wisdom. Thank you to everyone here that has been commenting and sharing their experiences– it has been a big part of my healing journey. I also want to thank L[redacted] for all of her support off the screen. This work has strengthened our marriage and I’m grateful we’ve been able to be there for each other as we journey on our individual paths.

**And here's J[redacted] thanking Liana for the love she pours into her programs THREE WEEKS before he left on March 18th, 2022, after we'd been in Florida for several months!**

> J[redacted] S[redacted]
> February 21, 2022 ·
>
> Hey, Everyone!
> This past weekend was quite the milestone! L[redacted] and I turned in all of our assignments and final exams and are officially pending certification. Hitting that final 'Turn in' button felt surreal.
> My journey into HMI all started with my own Candida cleanse in May of last year. That program was so much more than healing Candida– it showed me what it feels like to start something and see it through. That isn't something that comes naturally to me. It sparked something inside me. It motivated me to continue learning about the human body. It also showed me the vitality that men are missing out on.
> So I enrolled in HMI back in August to become a holistic health coach for men. I was determined to get the program done as fast as I could while still absorbing the material. In about 8 months, I worked through HMI during massive life changes, moving states, and with a full-time day job. All the free time I had went to learning HMI. I devoured it.
> Anytime I felt fear or doubt along the way, I focused on my results from the Candida cleanse to keep me going. I knew how valuable the information was to help men change their health.
> Having the support and encouragement from my wife and all of you in here kept me going when I wanted to give up. Thank you C[redacted] and Liana for the love and dedication that you've put into this program. It's been an awesome journey learning so much much about myself, the human body, and what we can do to heal it.
> So I've told the Universe that I'm here to serve the men that are ready to take their health into their own hands and start practicing self-love and compassion. I believe this is the path to a more compassionate, safe, and inspiring world.
> I know this is just the beginning but I wanted to share this milestone with you all to show you what's possible when you put all your focus on something and stay the course.
> Wishing all of you future HMI coaches the best of luck as you work through the program and step into your new career.
> It's time to serve! — 😳 feeling accomplished.

**So if Liana ever expressed any positive emotions towards J[redacted] and myself it's because we were actively sharing about our lives and expressing gratitude first, and it was all in a GROUP SETTING.**

J[redacted] was voluntarily sharing his thoughts in Liana's Facebook groups, AND he also knows how common that is in this day and age because throughout his career he has helped build online businesses complete with membership models and private Facebook groups that are just like Liana's business model.

In fact, on his website J[redacted]S[redacted].com, he has a statement that reads *"I empower coaches, speakers, and authors to productize their knowledge, generate leads, and scale their businesses online."*




I can also assure you that J[redacted] has NO PROBLEM with people calling themselves intuitives/psychics and selling their knowledge online. In fact, right on his website, he has portfolio pieces showing that he's designed work for psychics, and they charge BEYOND what Liana has listed on her website (he outlined Liana's fees in the chart he provided).

**Here are some examples of psychics he's worked with that are listed right on his website:**

**EXAMPLE 1:**




*(See 'Intuitive Reading' which is another way to say 'psychic reading.')*

**EXAMPLE #2:**







J[redacted] designed the client above's website a few years ago, and now today, she has an online education company that provides "life coach certification and intuitive development training to intuitive professionals" through blending science and spirituality (which is very similar to what Liana does), and her program costs **$9,947**. This price-point is nearly DOUBLE what Liana's certification programs cost.

What I'm trying to show is that **J[redacted] could care less about what someone charges for their services or if they're psychic.** He's only trying to stop LIANA (and therefore, stop her STUDENTS, myself included, from learning from her) because her teachings played a role in helping me change my life, her work helped put a microscope on things in HIS life that could use change, and rather than keep going, he selfishly wanted to stop me instead of letting me go.

**Unfortunately, when J[redacted] began back-pedaling, I kept clinging to those plans and made poor choices along the way as he began reverting back to his old habits and ways of treating me, except now it was EVEN WORSE because I had gotten a taste of what it felt like to have a semblance of a happy marriage, and I didn't feel as ready to let it go as I did in January 2021 when I first initiated us divorcing.**

After we'd moved to Florida, when J[redacted] had good days and would act loving towards me, I clung to that as a sign of HOPE to get me through the bad days when he'd tell me he thought he needed to leave me. I

feel he would do this as a way to see if I would give up my path, but just as I told him in January 2021: I needed to change my life, and I was going to do so with or without him– NOT as an ultimatum but as a way to honor the adage of "If you love someone, let them go."

That's what I had hoped J[redacted] and I could do for one another if/when we each saw ourselves needing to go a different way, but I know now that I am not and never was dealing with a rational person, and I also know that it was harder for me to see him leave after he'd made palpable, positive change for a short while than when he hadn't– the hope reeled me in harder.

**I don't even think Liana knew the extent of the marital issues we were having or had until he left our home. I didn't speak up in the womens-only group about what was happening because it took me months after he left to even realize what had happened and to accept that I truly had been living with a psychological abuser for a decade.**

There are so many details pertaining to our marriage, and I hope what I've been sharing between my last letter and this one is showing a pattern.

Your Honor– I know that there is a push to tie Liana's past mistake regarding her bankruptcy to the notion that she must then be someone who defrauds her customers, but this is simply NOT true.

**Here's who Liana REALLY is: she's being put through something so gut-wrenching that MY ex-husband and MY estranged family is doing to her, and she STILL treats me with love, kindness, and respect, even while KNOWING that so much of this could have been avoided if I had divorced J[redacted] back in early 2021 like I wanted to (and NOT because she EVER told me to) and before he CHOSE to purchase any of Liana's programs in an attempt to "keep me."**

I've been living with that everyday– that if only I hadn't let my ex-husband manipulate me into staying with him when I was ready to end things – after years of issues, including couples' counseling BEFORE we even knew of Liana (screenshot below) – that he would have NEVER had access to so much information to twist into a tall tale with his and my estranged family by his side.

Couples appointments Inbox ×

s[redacted] [redacted] <ste... Thu, Nov 3, 2022, 1:24 PM

to me

Dear L[redacted],

I saw you and J[redacted] for 5 appointments between March 26, 2018 and May 9, 2018. My notes reflect that you were both actively engaged and made good use of these 5 appointments.

S[redacted] K[redacted], LCSW

**And yet, Liana doesn't even make me feel guilty or ashamed for this, nor has she taken a single cent from me with the purpose being to advocate for me or to help me advocate for myself!**

In fact, I don't even own all of Liana's programs! Nor am I required to.

Overall, the most important thing I'm hoping to convey is that, when J[redacted] and I separated/divorced, he had two narratives:

One narrative where he was claiming cult to family and friends as an excuse for why he was now getting divorced and living at his parents home. And another narrative towards me where he made it seem like he agreed that, in the end, we just wanted different things. Until the truth began to come out.

As time passed and our communications waned, the fog began to lift so I could see clearly that *whatever* he needed to say to *whoever* to get things he felt entitled to – whether it was money, a roof over his head, sympathy from family and friends (even from me!), or continued access to Liana's nutrition school - is exactly what he'd say.

**And finally, the fact that J[redacted] inserted himself in the family court custody battles of 8 women he does not know is very telling as to his true motivation, which is to harm Liana in any way he can. And now he's inserting himself in yet ANOTHER court proceeding in a matter completely unrelated to his life in any way.**

His motive? Vengeance. My choice to continue physical and spiritual healing with Liana's programs placed an uncomfortable spotlight on J[redacted]'s choice to move back into his parents home at 35 years old – back to his "life of debauchery," including his porn and weed addiction – so he could be financially supported by them.

**As a self described "misogynist" who believes women should be "popping out kids and giving men sex" (see screenshots of his own words, which I also shared in my last letter) vengeance against women is his calling card.**

**Lifepath Manifesting**
J[redacted] S[redacted] · Nov 7, 2021 ·

Throughout my life, I always thought I was one of the "good guys". And when I compare that to the low standard the collective has set, I am in a lot of ways. However, as I dive deeper into this work and learn more about the divine masculine, I'm realizing that being a "good guy" means a lot more than just being outwardly nice and respectful.

I grew up in a misogynistic and homophobic household with access to internet porn. My two biggest role models growing up were my father and grandfather. They taught me:

[2] being gay was one of the worst things you could be in life. Even though I'm not gay, I still carry shame and embarrassment when I do something perceived as feminine (AKA this healing work) because my father despises gay men. He made it clear that if I were gay he wouldn't have accepted or loved me. That did major damage and taught me to reject the feminine and anything associated with it. It was 'man up' or go home.

Then there was access to porn. I'm 34 years old– and up until a few years ago, I would watch it almost every day since I was probably 12 or 13. It's been almost a year since I've watched it but I still think about it and some of the images are burned into my memory. It was like candy to me and nothing 'took the edge off' quite like it. I was taught to objectify women (and myself), only focus on my own pleasure, and that sex was the ultimate goal in life. The more the better.

This twisted trifecta had damaging effects on the way I interfaced with myself, my world, and the women in it.

Since he started "healing"

**And vengeance is the only word to describe the cruel actions J[redacted] has taken, not only towards Liana, by deliberately lying to this court with his intentional misrepresentation of Liana's business model, but towards 8 other innocent women, who are students of Liana's and friends of mine.**

J[redacted] inserted himself in 8 family court custody proceedings, writing affidavits of character against women HE DOES NOT KNOW, claiming he knows they are mentally unstable and incapable of caring for their children.

These character assassination letters are against women he has never met nor spoken to. He does not know their husbands either. J[redacted] connected with these 8 men through a hate account created on Instagram SOLELY for the purpose of harassing Liana and her students. A modern day version of a witch hunt against a group of women who chose to leave abusive spouses.

**J[redacted] found these other men, SEVERAL of whom have been arrested for domestic violence against their wives and submitted affidavits testifying that these mothers are mentally incompetent and declaring them unable to raise their children. J[redacted] sent these letters to 8 different courts, in multiple states and two different countries, for men he never met, against women he doesn't even know.**

Liana isn't J[redacted]'s first victim, and she undoubtedly won't be his last. But I hope that the truth is finally seen, and Liana can finally move on in peace after all the harm that J[redacted] has caused to her over the past 18 months.

Lastly, when my mother wrote to you in her letter "Please help us put an end to this chaos," THAT I agree with. But it's NOT so that I can "go home" to them.

**Putting an end to this chaos would be so that their and J[redacted]'s lies are no longer being given a platform in an attempt to destroy Liana's reputation and life's work, and the lives of other women and CHILDREN, all because they are unhappy with their OWN CHOICES destroying theirs.**

Thank you,

L[redacted] F[redacted]

______________________________

L[redacted] F[redacted]