**ATTACHMENT 3**

[redacted]

A PLANT BASED SCIENCE INTERNATIONAL COMPANY

July 17, 2023

To Whom It May Concern,

Aloha. Please see my accounting below of interference with my business dealings in May 2023 by a member of the group currently attacking Liana Shanti. I strongly believe that person to be J[redacted] S[redacted].

Last year June 24, 2022, I started a contract to do demos with Down to Earth, a vegetarian/vegan supermarket in Hawaii with 5 stores on Oahu and one on Maui. I did cooking demos, talks on plant-based eating and general Health topics focused on lifestyle tips to a thriving healthy life once a month in the Kaka'ako and Kailua branches. All the talks were attended by the client's PR team and customers. They were well received by the stores and the customers alike with frequent positive verbal feedback from the PR team. The focus was always health and wellness. I was a consummate professional who kept my word and schedule as detailed to the team in advance. These talks were done as a public service to the people of Hawaii, and I had approached Down To Earth to partner as I believe in the plant-based approach. I did not charge them for the demos. The cost of ingredients for food demos was covered by the store.

Suddenly, just before my scheduled demo in May 2023 I was told that due to PR staffing issues they were stopping all demos in the stores. Of note the staffing position had been vacant since November 2022 without it affecting my demos as they saw the benefit of having me there and I never violated their store policy and rules of engagement and customers were enjoying the demos. On visiting the stores one day in June to pick up some personal supplies I saw others doing demos. I inquired and was told that my talks were stopped because someone from the mainland had emailed the company stating that I had a spiritual teacher who was leading a cult.

I was flabbergasted and felt betrayed. The company I had been working with in good faith took the word of a stranger over the internet who had no relationship with them over the proven benefit from my ongoing 10-month professional relationship. Since then, I stopped shopping there and subsequently enquired with the PR manager for a letter regarding my conduct and professionalism during our time working together, which I've yet to receive despite being told of a specific timeframe that I could expect to receive it.

The pettiness of this group of people attacking Liana Shanti spills over to anyone they feel supports her. I am a staunch supporter of Liana Shanti and will continue to do so regardless of this group's desperate attempts to interfere and disrupt. Liana has a proven track record of integrity. I have been her student from 2012 to this day and it is an honor to know her and to learn from her.

Thank you for taking the time to read my statement.

Sincerely,

[redacted]

R[redacted] S[redacted] MD

CEO, [redacted]

[redacted]